DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. PASCHAL

No. 610P82.

Case below: 59 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983.

STATE v. SCHNEIDER

No. 41P83.

Case below: 60 N.C. App. 185.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 March 1983.

STATE v. SEAY

No. 22P83.

Case below: 59 N.C. App. 667.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983. Motion for Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 March 1983.

STATE v. SIMMONS

No. 13P83.

Case below: 60 N.C. App. 440.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 March 1983.

STATE v. THOMAS

No. 685P82.

Case below: 59 N.C. App. 739.

Petition by defendant for discretionary review under G.S. 7A-31 allowed for order remanding defendant's motion for appropriate relief for hearing to the Superior Court 8 March 1983.